UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOPEZ,

                          **Plaintiff,**

      *- against –*                           **19 CV 6263 (KMK) (LMS)**

**WHITE PLAINS HOSPITAL, et al.,**           **ORDER**

                          **Defendants.**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

      Plaintiff's counsel is directed to submit to the Court the interrogatories and document requests which form the basis of the dispute raised in Docket No. 32, as well as Defendants' responses, by 10:45 a.m. on Monday May 11, 2020, by filing them on ECF so that the disputes raised in Docket No. 32 can be discussed at the conference scheduled to take place at 11:00 a.m. that day.

Dated:  May 8, 2020
         White Plains, New York        **SO ORDERED,**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] Judge Kenneth M. Karas referred this matter to the undersigned on January 9, 2020.  ECF No. 23.