

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

October 9, 2020

<u>Via ECF</u>
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:   **Lopez v. White Plains Hospital, et al.**
      **Case No.: 7:19-cv-06263 (KMK) (LMS)**

Dear Judge Karas,

We represent Plaintiff Valeria Lopez in this matter and submit this letter jointly with Counsel for Defendants. We write to respectfully request that the status conference scheduled for October 13, 2020 at 11:00 AM be adjourned until after October 30, 2020, as Your Honor has previously granted Defendants' request for an extension of fact and expert discovery, from August 31, 2020 to October 30, 2020.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Alfredo Pelicci

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.

CC:   All Counsel of Record (via ECF)

October 13, 2020