**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VALERIA LOPEZ,

                      Plaintiff,

    -against-                                  19 **CIVIL** 6263 (KMK)

## JUDGMENT

WHITE PLAINS HOSPITAL, et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2022, Defendants' Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        March 30, 2022

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                    **BY:**
                                                    **Deputy Clerk**